# *United States District Court*
## CIVIL MINUTES - GENERAL

In Re: **3M Combat Arms Earplug Products Liability Litigation**

Date: **March 5, 2024**
Case No.: **3:19md2885**

Relates to: **7:20-cv-05554 (Ross, George)**

**Judge M. Casey Rodgers**
**Magistrate Judge Hope T. Cannon**

---

**DOCKET ENTRY: Status Conference.** Attendance of Pro Se Plaintiff in person.

---

**PRESENT:**

| Honorable **M. Casey Rodgers** United States District Judge | Francie Berger Law Clerk | Barbara Rogers Deputy Clerk | Connie Morse Lexitas Legal Court Reporter |
|---|---|---|---|

---

**APPEARANCES:**

**Lead Counsel for Plaintiff:** N/A

**Negotiating Plaintiff Counsel:** Bryan Aylstock and Brad Bradford, Aylstock, Witkin, Kreis, & Overholtz PLLC

**Lead Counsel for Defendants 3M Co. and Aearo:** Charles Beall, Moore, Hill & Westmoreland, P.A.

**PROCEEDINGS:**

| 10:05 am | Court in Session |
| | Court discusses the obligations for continued participation in the litigation and the benefits of participating in the settlement program. |
| 10:46 am | Court in Recess |