# United States District Court
## CIVIL MINUTES – STATUS CONFERENCE

In Re: **3M Combat Arms Earplug Products Liability Litigation**

Date: **March 5, 2024**
Case No.: **3:19md2885**

Relates to: **7:20-cv-05554 (Ross, George)**

**Judge M. Casey Rodgers**
**Magistrate Judge Hope T. Cannon**

**DOCKET ENTRY: Status Conference**

Attendance of Pro Se Plaintiff George Ross in person.

**PRESENT:**

**Honorable     Hope T. Cannon**
    **United States Magistrate Judge**

Keri Igney
Deputy Clerk

None
Court Reporter

**APPEARANCES:**

**Negotiating Plaintiff Counsel:**     Bryan F. Aylstock, Esquire
                                       Brad J. Bradford, Esquire

**Lead Counsel for Defendants**        3M Co. and Aearo: **Charles Beall**

**PROCEEDINGS:**

| | | |
|---|---|---|
| 10:00 a.m. | Court in Session Conference | |
| 12:30 p.m. | Conference ends. | Court in recess. |